FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2022

No. 04-22-00642-CV

**IN THE INTEREST OF O.J.S.D.**,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-01386
Kevin Henderson, Judge Presiding

# O R D E R

This is an accelerated appeal from the trial court's order of termination signed on June 2, 2022. Although the child's attorney and guardian ad litem apparently did not approve the order as to form until September 20, 2022, appellant's notice of appeal was due within twenty days after the order was signed, which was June 2, 2022. *See* TEX. R. APP. P. 26.1(b). Appellant's notice of appeal was not filed until September 29, 2022. Because it appears we lack jurisdiction over this appeal, appellant is ORDERED to show cause in writing **no later than October 21, 2022,** why this appeal should not be dismissed for lack of jurisdiction.

It is so **ORDERED** on October 11, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT